# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

United African Organization, et al.

                            Plaintiff,

v.                                                               Case No.: 1:22–cv–02599

                                                                    Honorable Edmond E. Chang

Joseph R. Biden, Jr., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 5, 2022:

        MINUTE entry before the Honorable Edmond E. Chang: After consultation with the Clerk's Office, the Plaintiffs' motion to dispense with manual entry of the Plaintiffs [4] into CM/ECF is granted for now. If an issue arises later that requires entry, then the Court will alert the Plaintiffs. Having said that, the Plaintiffs are reminded that they shall file the following: each time the Plaintiffs file a notice of voluntary dismissal, the Plaintiffs shall file an attachment that lists the remaining Plaintiffs and a tally of the number of remaining Plaintiffs. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.